**No. 61306.**—Plus Computing Machines, Inc. v. United States, protests 271186–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines the same in all material respects as those the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 30, 1957

**No. 61307.**—H. Grabenheimer & Sons, Inc. v. United States, protest 292578–K/ 14772 (New Orleans).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that "the large bottles of Benedictine and B & B covered by this entry contained 23 ounces, as indicated on the entry, and not 23.7 ounces," the collector was directed to reliquidate the entry of the merchandise upon the basis of the actual content, 23 ounces.

**No. 61308.**—James H. Rhodes & Co. v. United States, protest 288857–K (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the facts contained in the letter of the collector, dated April 5, 1956, stating that "the dutiable value was inadvertently based on the original appraised units of value instead of the invoice units, as ordered" by the court in *James H. Rhodes & Co.* v. *United States* (33 Cust. Ct. 518, Reap. Dec. 8330) are true and correct, the claim of the plaintiff was sustained.